UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONCESSIONS HH, JV, <br><br> Petitioner, <br><br> v. <br><br> THE UNITED STATES SMALL BUSINESS ADMINISTRATION, <br><br> Respondent. | Civil Action File No. <br> 1:24-CV-1870-WMR |

**PETITIONER'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Petitioner Concessions HH, JV ("CHH"), by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby submits Petitioner's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

1. CHH is a member of the Hospitality Industry operating food-service kiosks in the Atlanta Airport. ECF 13-1 at 57–59; ECF 13-3 at 17–27, 350–51.[1]

---

[1] This Statement of Undisputed Material Facts cites all record documents using the page number that appears in the header generated by the district court's electronic filing system (rather than using the document's internal pagination).

2. As a member of the hospitality industry, CHH has an NAICS code beginning with 72 (722513). ECF 13-3 at 351.

3. CHH is one of a group of 98 family-owned entities (known as the "Russell Group"). ECF 13-3 at 350.

4. The businesses encompassed within the Russell Group collectively employ over 1,100 individuals. ECF 13-3 at 350.

5. CHH received a first-draw PPP loan (#2871667107) in the amount of $1,716,700.00. ECF 13-3 at 351.

6. The aggregate amount of funds borrowed by the Russell Group for first-draw PPP loans was $8,597,783.48. ECF 13-3 at 351.

7. The SBA approved forgiveness for CHH's first-draw loan. ECF 13-3 at 351, 357.

8. Before CHH applied for a second-draw PPP loan, eight other businesses within the Russell group applied for and received second-draw PPP loans:

    a. H.J. Russell & Company had a loan amount of $2,000,000.00 disbursed on February 8, 2021. ECF 13-3 at 351.

    b. Paschal's Restaurants LLC had a loan amount of $298,201.00 disbursed on March 22, 2021. ECF 13-3 at 351.

    c. Castleberry Inn Development LLC had a loan amount of $234,237.00 disbursed on March 29, 2021. ECF 13-3 at 351.

    d. Concessions Int l of the USVI, Inc. had a loan amount of $371,616.00 disbursed on April 20, 2021. ECF 13-3 at 351.

    e. Concessions Miami, LLC had a loan amount of $80,000.00 disbursed on April 27, 2021. ECF 13-3 at 351.

    f. CI/CP LLC had a loan amount of $94,113.29 disbursed on May 12, 2021. ECF 13-3 at 351.

    g. Concessions Int l & Panda LLC had a loan amount of $189,700.00 disbursed on May 12, 2021. ECF 13-3 at 351.

    h. TCI/M2 Concepts JV had a loan amount of $141,706.53 disbursed on May 20, 2021. ECF 13-3 at 351.

9. Before CHH's second-draw loan was disbursed, the cumulative amount of the second-draw PPP loans borrowed by businesses in the Russell Group was $3,409,573.82 (i.e., $590,426.18 below the Corporate Group Maximum Rule's $4 million cap). ECF 13-3 at 351.

10. Following disbursement, the SBA concluded that H.J. Russell & Company was ineligible for its second-draw PPP loan of $2,000,000.00 on the ground that on the ground that H.J. Russell is not a hospitality company, that it is therefore ineligible for the waiver of affiliation rules, and that when

aggregated with its affiliates exceeds the PPP's number-of-employees cap. ECF 13-3 at 351, 354.

11. On May 29, 2021, CHH was approved for a second-draw PPP loan from Citizens Trust Bank in the amount of $2,000,000.00. ECF 13-5 at 1.

12. CHH's second-draw PPP loan was disbursed on June 1, 2021. ECF 13-3 at 351.

13. CHH used the funds it received from its second-draw PPP loan for payroll expenses and rent payments. ECF 13-3 at 374.

14. Including CHH's loan, the cumulative amount borrowed by the Russell Group for second-draw PPP loans was $5,409,573.82. ECF 13-3 at 351.

15. Without H.J. Russell & Company's ineligible loan, the cumulative amount of the Russell Group's second-draw PPP loans (including CHH's loan) would have been $3,409,573.82. ECF 13-3 at 351.

16. CHH and its lender applied for forgiveness of its entire second-draw PPP loan on July 19, 2022. ECF 13-5 at 1.

17. CHH's lender recommended forgiveness of CHH's entire $2,000,000.00 loan. ECF 13-3 at 374.; ECF 13-5 at 1.

18. On November 21, 2022, the Small Business Administration ("SBA") denied CHH's forgiveness, determining that CHH "was ineligible for the PPP loan." ECF 13-5 at 1. The SBA repeated its conclusion that CHH was

"ineligible" for a second-draw loan because it violated the Corporate Group Maximum Rule throughout its loan-review analysis:

    a. ECF 13-3 at 351 ("1 Borrower is **ineligible** because the Corporate Group exceeds the $4MM Corporate Group Max for Second Draw loans.");

    b. ECF 13-3 at 352 ("One (1) Borrower exceeded the Corporate Group Max at the time of disbursement and is ineligible.");

    c. ECF 13–1 at 17 ("Concessions HH. JV is ineligible for forgiveness of its loan since it exceeded the 2nd draw limitation.");

    d. ECF 13–1 at 17 ("SBA has determined that the borrower was ineligible for the PPP loan.");

    e. ECF 13–1 at 18 ("SBA has determined that the borrower was ineligible for the PPP loan. … It is verified that this borrower is not eligible for the Second Draw PPP program due to the borrower exceeding corporate group max funding of $4,000,000.").

19. The SBA determined that CHH and the other members of the Russell Group had "common ownership" and "common management . . . among Donata Russell Major and/or H. Jerome Russell, Jr., and/or Michael Brent

Russell, as disclosed and attested on Borrower's addendums to Form 3511." ECF 13-5 at 1.

20. The SBA cited and relied upon 13 C.F.R. 121.103 when it conducted this "common owner" affiliation analysis. ECF 13-5 at 1.

21. The SBA based its denial on the fact that CHH was "part of a corporate group [that had] received more than $4,000,000 of 2nd draw PPP loans in the aggregate." ECF 13-5 at 1.

22. The SBA stated that CHH had "exceeded the Corporate Group Max of $4MM, for Second Draw loans at the time of disbursement." ECF 13-5 at 2.

23. The SBA stated that it recommended denial "even though [CHH had] a NAICS 72 waiver of the affiliation rules." ECF 13-5 at 2.

24. The violation of the Corporate Group Maximum Rule was the sole reason SBA denied CHH's forgiveness application. ECF 13-5 at 1–2.

25. The SBA denied CHH's entire loan based on the violation of the Corporate Group Maximum Rule. ECF 13–3 at 355 ("Loan #9159789000 is recommended for denial as it exceeded the $4MM Second Draw Corporate Group Max Limit on 6/1/2021.").

26. On December 21, 2022, CHH appealed SBA's Final Loan Review Decision to the SBA's Office of Hearings and Appeals. ECF 13-4 at 1.

27. OHA explained that the SBA did not point "at the number of employees [CHH] had at the time the loan was drawn" as justification for its decision. ECF 13-8 at 6.

28. OHA adopted the SBA's argument that "[CHH] and all the other businesses it is affiliated with exceed the Corporate Group Maximum amount of $4,000,000.00 in Second Draw PPP loans." ECF 13-8 at 6.

29. OHA concluded that CHH "and its affiliates withdrew $5,409,573.82 in second draw PPP loans" and amount which exceeded the "the limit by more than $1,400,000.00." ECF 13-8 at 6.

30. OHA stated that "[CHH] failed to establish that the final SBA loan review was based on clear error." ECF 13-8 at 6.

31. On March 20, 2023, OHA affirmed the SBA's final loan review decision. ECF 13-8 at 6.

32. On April 29. 2024, CHH timely filed its petition for judicial review of OHA's order denying CHH's appeal with this Court. ECF 1.

Respectfully submitted, this 12th day of November, 2024.

/s/ *Kian J. Hudson*
Kian J. Hudson
(*pro hac vice*)

BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 229-3111
Kian.Hudson@btlaw.com

Eric S. Fisher
Georgia Bar No. 250428
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326-1092
(404) 264-4045
EFisher@btlaw.com

*Counsel for Petitioner Concessions HH, JV*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing *PETITIONER'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT* with the Clerk of Court by using the CM/ECF System which will automatically send email notification of filing to all counsel of record.

Dated: November 12, 2024                    /s/ *Kian J. Hudson*

*Counsel for Petitioner*
*Concessions HH, JV*