UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONCESSIONS HH, JV,<br>   Petitioner,<br><br>vs.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTATION,<br>   Respondent. | CIVIL ACTION FILE<br><br>NO.  1:24-cv-01870-WMR |

## J U D G M E N T

This action having come before the court, the Honorable William M. Ray, II, United States District Judge, for consideration of Petitioner's Motion for Summary Judgment, and the court having denied the same, it is

**Ordered and Adjudged** that the decision of the Small Business Adimination is hereby **VACATED**, and this action be, and the same hereby is, **REMANDED** to the United States Small Business Administration for further review.

Dated at Atlanta, Georgia, this 8th day of September, 2025.

               KEVIN P. WEIMER
               CLERK OF COURT

           By: s/D. Burkhalter
             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 8, 2025
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
   Deputy Clerk